Nov. Term,
1859.

HIGGINS
v.
MINER.

HIGGINS v. MINER and Another.

THE SAME v. MILLER.

The judgments in these cases were affirmed upon the authority of *Riggs* v. *Adams*, 11 Ind. R. 199.

*Wednesday, December 7.*

APPEAL from the *Wayne* Circuit Court.

*Per Curiam.*—Suit by the appellees against the appellant, *Samuel S. Higgins* and *William W. Higgins.* As to *William W.*, process was returned "not found."

*Samuel S.* answered, amongst other things, that said *William W.*, on, &c., at, &c., "unlawfully made a certain lottery to be drawn in said state of *Indiana*, for a division of personal and real property, to be determined by chance, said lottery not being authorized by law, and the said plaintiffs well knowing the purposes of said *William W. Higgins* in making said lottery, and that said *Higgins* was making said lottery, in furtherance thereof assisted him, the said *William*, in preparing said lottery and arranging the grounds in and about the same, in consideration of which service so rendered as aforesaid, and materials furnished, the said note was given, and for no other or different consideration; wherefore," &c.

A demurrer was sustained to this answer, and exception taken.

Final judgment was rendered for the plaintiffs against *Samuel S.*, and he appeals to this Court.

The point raised is as to the sufficiency of the answer. The question involved in the answer is fully discussed in the case of *Riggs* v. *Adams*, 11 Ind. R. 199, and, according to the principle decided in that case, the answer is not sufficient.

The judgment is affirmed with costs.

*W. A. Bickle*, for the appellant.

*J. Perry*, for the appellees.